JOSHUA S. GOODMAN, ESQ. (SBN 116576)
ZACHARY S. TOLSON, ESQ. (SBN 242824)
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendants
HOME DEPOT U.S.A., INC. and
THE HOME DEPOT, INC.

UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA (Western Division)

| | |
|---|---|
| STEPHEN T. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOME DEPOT U.S.A., INC., and<br>THE HOME DEPOT, INC. et al.,<br><br>　　　　　Defendants. | Case No. 09-2845 DDP (CWx)<br><br>**STIPULATED<br>PROTECTIVE ORDER** |

　　　Pursuant to the Stipulated Protective Order of Plaintiff STEPHEN T. JOHNSON and Defendant HOME DEPOT U.S.A., INC. *(erroneously sued herein as THE HOME DEPOT, INC.)*, by and through their respective attorneys, filed with the court on February 24, 2010, IT IS SO ORDERED.

DATED: July 9, 2010

　　　　　　　　　　　　　　　　　　　_Carla M. Woehrle_
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　　　Magistrate Judge Carla Woehrle